# LAW OFFICES OF
# GUS MICHAEL FARINELLA PC

*130 West 15th Street 7th Floor New York NY 10011*
*Tel (212) 675-6161 Fax (212) 675-4367*

*110 Jericho Turnpike Suite 100 Floral Park NY 11001*
*Tel (516) 326-2333 Fax (516) 305-5566*

*Gus Michael Farinella*                                                                                              *Ryan L. Gentile*
*New York & DC Bar*                                                                                              *New York & New Jersey Bar*

*Supreet Parmar*
*New York & New Jersey Bar*

January 28, 2020

Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

      RE:    DeBiase v. Midland Credit Management, Inc.
              Case No.:  2:20-cv-12873-CCC-MF

Dear Judge Falk:

      We represent the Plaintiff, Maureen DeBiase, in the above-captioned matter and write jointly with counsel for Defendant to provide this Court with an update concerning the status of this matter.

      The parties are pleased to report that they have reached an agreement in principle to settle this matter. The parties are currently drafting the necessary papers to document the settlement and anticipate that a Stipulation of Dismissal will be filed shortly. Accordingly, the parties request that this Honorable Court enter a 60-day order, so that the settlement can be consummated.

      We thank the Court for its attention to this matter.

             Respectfully,

             /s/ Ryan Gentile, Esq.
             Ryan Gentile, Esq.