UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Maureen DeBiase** <br><br> **Plaintiff,** <br> v. <br><br> **Midland Credit Management, Inc.** <br><br> **Defendant.** | Civil Action No. 2:20-cv-12873-CCC-MF <br><br><br> STIPULATION OF DISMISSAL |

  **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the Plaintiff and Defendant in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims that were or could have been made herein by Plaintiff against Defendant are hereby dismissed with prejudice as to Plaintiff and without prejudice as to any unnamed class members, without costs to any party as against any other, and with each party bearing its own legal costs and expenses.

  **IT IS HEREBY FUTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: Floral Park, NY
   March 9, 2021

  /s/ Ryan L. Gentile, Esq.
  Law Offices of Gus Michael Farinella, PC
  110 Jericho Turnpike – Suite 100
  Floral Park, NY 11001
  Tel: 201-873-7675
  Email: rlg@lawgmf.com
  *Attorneys for Plaintiff, Maureen DeBiase*

  /s/ Michael P. Trainor
  Blank Rome LLP
  One Logan Square
  130 North 18th Street
  Philadelphia, PA 19103
  Tel: 215-569-5685
  mtrainor@blankrome.com
  *Attorneys for Defendant*

SO ORDERED

_s/Claire C. Cecchi_
Claire C. Cecchi, U.S.D.J.

Date:  3/12/2021